UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

LATICO TRADING CORP.,

                Defendant.

**ORDER**

24 Civ. 9009 (ER)

Ramos, D.J.:

    This action was filed on November 25, 2024. Doc. 1. An electronic summons was served on Latico Trading Corp. on December 6, 2024, making its answer due December 27, 2024. Doc. 5. Since then, there has been no further activity in this case.

    Fernandez is therefore instructed to submit a status report by no later than October 10, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    October 3, 2025
           New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.